UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04 - 60161CR-MARRA    MAGISTRATE JUDGE
CASE NO.                                SELTZER
18 U.S.C. § 611

UNITED STATES OF AMERICA

vs.

HELEN ELIZABETH EXAVIER,
   a/k/a Helen Palmer

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about November 7, 2000, in Broward County, in the Southern District of Florida, the

defendant,

**HELEN ELIZABETH EXAVIER,**
**a/k/a Helen Palmer,**

an alien, fully knowing she was not a United States citizen, did knowingly vote in an election held

in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

**04 - 60161** CR-MARRA MAGISTRATE JUDGE
CASE No.

SELTZER

vs.

HELEN ELIZABETH EXAVIER,

**CERTIFICATE OF TRIAL ATTORNEY***

Defendant.

_____/

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami   ___ Key West
_X_ FTL   ___ WPB   ___ FTP

New Defendant(s)       Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:   (Yes or No)   __No__
    List language and/or dialect   _____

4.  This case will take   _3_   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                    (Check only one)

    I    0 to 5 days      _X_       Petty    _____
    II   6 to 10 days     _____    Minor    _____
    III  11 to 20 days    _____    Misdem.  _X_
    IV   21 to 60 days    _____    Felony   _____
    V    61 days and over _____

6.  Has this case been previously filed in this District Court? (Yes or No)   __No__
    If yes:
    Judge: _____   Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?   (Yes or No)   __No__
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____   District of _____

    Is this a potential death penalty case? (Yes or No)   __No__

7.  Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   _____ Yes   _X_ No

8.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   _____ Yes   _X_ No
    If yes, was it pending in the Central Region?   _____ Yes   _____ No

9.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   _____ Yes   _X_ No

KAREN E. ROCHLIN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500050

*Penalty Sheet(s) attached

REV.1/14/04

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

Defendant's Name:        **HELEN ELIZABETH EXAVIER**

Case No:

Count #: 1        04 - 60161        CR-MARRA
                                                        TE JUDGE
                                                        SELTZER

Election Fraud

Title 18, United States Code, Section 611

\* Max.Penalty:        1 years' imprisonment

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:

Count #:


*Max. Penalty:


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

Case 0:04-cr-60161-KAM  Document 1  Entered on FLSD Docket 07/19/2004  Page 4 of 4

No. ~~61~~

# UNITED STATES DISTRICT COURT

___SOUTHERN_____ District of _____FLORIDA_____

THE UNITED STATES OF AMERICA

*vs.*

_____HELEN ELIZABETH EXAVIER_____

_____

Defendant

## INDICTMENT

### 18 U.S.C. § 611

*A true bill.*

_____
FGJ 04-01(MIA)                                                    *Foreman*

*Filed in open court this* _____ *day,*

*of* _____ *A.D.  2004*

_____
                                                                         *Clerk*

*Bail, $* _____

FEDERAL GRAND JURY INDICTMENT No. PC 0404 21   81-1040