UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60161-CR-MARRA

UNITED STATES OF AMERICA

v.

HELEN ELIZABETH EXAVIER
_____/

FILED by ꓚꓓ D.C.

OCT - 4 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the above-captioned case, without prejudice.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

Leave of the Court is granted for the filing of the foregoing order of dismissal without prejudice as to the above-captioned defendant.

Date: OCT. 1, 2004

UNITED STATES DISTRICT JUDGE

cc: AUSA Karen E. Rochlin
Zareefa Khan, Esq.
United States Marshals Service
PreTrial Services